**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ACCESS FOR THE DISABLED, INC.,
et al.,

    Plaintiffs,

v.                                                       Case No.  8:05-cv-1528-T-30MAP

LAKE SHORE VILLAGE MERCHANTS
CONDOMINIUM ASSOCIATION, INC.,

    Defendant.
_____/

## ORDER

    This matter is brought under Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §12181 *et seq.*, to insure the accessability of places of public accommodation to the disabled and that no member therein is discriminated against on the basis of his or her disability.  Plaintiff(s) allege(s) in the Complaint that Defendant's property is not in compliance with the obligations of the ADA and lists specific details of its alleged noncompliance therein.

    By notice of this Order, the Court urges the parties to promptly retain the necessary expert opinion(s) and/or discovery to promptly and efficiently address the issue of Defendant's compliance and move toward settlement in order to conserve judicial resources and attorney's fees and costs expended in the matter. Attorney's fees and costs under 42 U.S.C. §12205 are recoverable in the discretion of the Court.  To protect the exercise of this discretion and to prevent its circumvention, **no settlement agreement shall be binding until reviewed and approved by the Court**.  **No amount of fees or costs shall be paid without approval of or an award by this Court.**

    **DONE** and **ORDERED** in Tampa, Florida on November 14, 2005.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

F:\Docs\2005\05-cv-1528.title 3.frm