# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**ACCESS FOR THE DISABLED, INC.,**
et al.,

    **Plaintiffs,**

v.                                                 Case No.  8:05-cv-1528-T-30MAP

**LAKE SHORE VILLAGE MERCHANTS**
**CONDOMINIUM ASSOCIATION, INC.,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the parties' Stipulation for Voluntary Dismissal With Prejudice (Dkt. #21), Defendant's Objection to Stipulation for Voluntary Dismissal (Dkt. #22-1), and the parties' Stipulation Regarding Plaintiffs' Fees, Expenses and Costs (Dkt. #22-2).  The Court, having considered the Plaintiffs' application for fees, Defendant's objection, the parties' stipulations, Plaintiffs' attorney's time records, Plaintiffs' expert invoices, and being otherwise advised in the premises, finds that the parties' Stipulation for Voluntary Dismissal With Prejudice should be granted and the parties' Stipulation Regarding Plaintiffs' Fees, Expenses, and Costs should be granted in part and denied in part as stated herein.

### Attorney's Fees and Costs

The Court concludes that the hourly rate of $250.00 per hour charged by Plaintiffs' attorney is reasonable for this type of litigation.

Plaintiffs' attorney has submitted time records reflecting 32.4 hours of work on this matter at $250.00 per hour, for a total attorney's fee of $8,100.00.  Plaintiff has also submitted invoices and other documentation reflecting costs of $309.95 incurred in this matter.  However, the parties have stipulated to attorney's fees and costs in the total amount of $5,900.00.  Based on the parties' stipulation, the Court concludes that attorney's fees and costs in the total amount of $5,900.00 is a reasonable and appropriate fee for Plaintiffs' counsel.

## Expert Fees

This Court concludes that the expert's fees billed in this matter should be reduced. The amount of time (22.75 hours) spent inspecting the premises and preparing a report appears excessive under the circumstances.  Plaintiffs had the same expert inspect the premises on two separate occasions, thus creating a duplication of efforts.  The Court concludes that a reasonable amount of time for the expert to inspect the property, take photographs and prepare a report would be 15.75 hours (a reduction of 7 hours). Furthermore, the Plaintiffs have not provided this Court the expert's curriculum vitae in support of the expert's rate of $185.00 per hour.  The Court concludes that $185.00 per hour as a rate for this type of work is in excess of the customary market rate in the Tampa Bay area.  The Court determines that $150.00 per hour for the expert's time is reasonable and appropriate under the circumstances.

Applying the reduction in rate and hours, the Court concludes that a fee of $2,362.50 (15.75 hours at $150.00) is a reasonable and appropriate fee for Plaintiffs' expert.

It is therefore ORDERED AND ADJUDGED that:

1. The parties' Stipulation for Voluntary Dismissal With Prejudice (Dkt. #21-1) is GRANTED.

2. The parties' Stipulation Regarding Plaintiffs' Fees, Expenses and Costs (Dkt. #22-2) is GRANTED IN PART AND DENIED IN PART.

3. The Court approves payment by Defendant to Plaintiffs of fees, costs and expert fees in the total amount of **$8,262.50** ($5,900.00 in attorney's fees and costs, and $2,362.50 in expert fees).

**DONE** and **ORDERED** in Tampa, Florida on September 6, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1528.ada fees.wpd